### NOLTE & AL. vs. THEIR CREDITORS.

In the case
of a *concurso*,
an appeal
lies from the
refusal to is-
sue a com-
mission to
take testimo-
ny.

APPEAL from the court of the first district.

PORTER, J. delivered the opinion of the court. The appellants applied in the court below for a commission to take testimony, which was refused. To a rule taken on the judge, to shew cause why he would not grant an appeal from this refusal, he has answered that he did not consider it such a judgment as an appeal lay from—that it merely presented ground for a bill of exceptions.

This case is peculiarly circumstanced. The settlement of an insolvent estate often occasions

great delay. Years may pass away before
there is a final judgment. In the mean time,
the witness whose testimony is wanted, may
die, or remove to an unknown place. The
injury may then be one which could not be
corrected after a definitive judgment. We
think the appeal should have been granted;
and the rule must be made absolute.

*Lockett* for the applicants.